```
1  McGREGOR W. SCOTT
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone (559) 497-4000
5
```

FILED

DEC 21 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 6:07-MJ-00289 WMW |
| ) Plaintiff, ) | |
| ) | MOTION AND ORDER FOR |
| v. ) | DISMISSAL OF CITATIONS |
| ) | |
| ALFONSO SANTIAGO, ) | |
| ) Defendant. ) | |
| ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss Citations P0619549 and 1503501 against ALFONSO SANTIAGO without prejudice in the interest of justice.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: December 21, 2007    By: _____
                                MARK J. McKEON
                                Assistant U.S. Attorney

Motion and Order for Dismissal                                    1

ORDER

IT IS HEREBY ORDERED that P0619549 and 1503501 against ALFONSO SANTIAGO be dismissed, without prejudice, in the interest of justice.

DATED: 12/21/07

_____
United States Magistrate Judge

Motion and Order for Dismissal				2